UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR-01-155-EJL |
| | ) | CR-02-039-EJL |
| vs. | ) | ORDER |
| | ) | |
| JAY CHRISTOPHER DEAN MATT, | ) | |
| | ) | |
| Defendant. | ) | |

Pending before the Court is Defendant's second Motion to Continue the Supervised Release Revocation Hearing. The petition on this matter was filed on January 23, 2006. This Court heard the matter on March 27, 2006 where Defendant admitted guilt to the violations and, at the request of the parties, the Court continued disposition of the matter for sixty-days so as to allow the Defendant to come into compliance with the terms and conditions of his supervised release. (Dkt. No. 32). Since then the Court has continued the matter several times. The instant motions notes that Mr. Matt is scheduled to be released from in-patient treatment on September 19, 2006. The hearing on his supervised release petition is scheduled for September 12, 2006. This being the case the Court agrees that a short continuance is warranted to allow the Defendant to complete treatment. Further the Government does not oppose the continuance. Therefore, the Court **GRANTS** the motion (Dkt. No. 38) and **VACATES** the September 12, 2006 hearing and **RESETS** the same for

Monday, **September 25, 2006** at 2:00 p.m. in Coeur d'Alene, Idaho.

**IT IS SO ORDERED**.

DATED: **September 8, 2006**

~~Honora~~ble Edward J. Lodge
U. S. District Judge